UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MR. EDDIE C. CASH,

                Plaintiff,

-against-                                  12 Civ. 04652 (LAK)

MR. MICHAEL BROWN, et ano.,

                Defendants.
------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        For the reasons stated in the report and recommendation of Magistrate Judge Michael H. Dolinger to which no objections have been filed, this action is dismissed without prejudice. The Court certifies that an appeal from this order would not be taken in good faith within the meaning of 28 U.S.C. § 1915(a)(3) and denies *in forma pauperis* status for purposes of any attempted appeal.

        The Clerk shall enter final judgment of dismissal.

        SO ORDERED.

Dated:      September 16, 2014

                                                        Lewis A. Kaplan
                                            United States District Judge